# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO. and E.R. SQUIBB & SONS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LTD., <br><br> Defendants. | C.A. No. 22-346-MFK <br> (Consolidated w/ C.A. No. 23-cv-459-MFK) <br><br> **JURY TRIAL DEMANDED** |
| BRISTOL-MYERS SQUIBB CO. E.R. SQUIBB & SONS, L.L.C., ONO PHARMACEUTICAL CO., LTD., DR. TASUKO HONJO and DANA-FARBER CANCER INSTITUTE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA UK LTD., <br><br> Defendants. | C.A. No. 23-cv-459-MFK <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants in the above-entitled actions stipulate that the above-entitled actions, including but not limited to all claims and counterclaims asserted therein, be dismissed with prejudice, each party agreeing to bear its own fees and costs.

Dated: July 28, 2023

| **FARNAN LLP** | **MCCARTER & ENGLISH, LLP** |
|---|---|
| /s/ Michael J. Farnan | /s/ Daniel M. Silver |
| Brian E. Farnan (Bar No. 4089) | Daniel M. Silver (#4758) |
| Michael J. Farnan (Bar No. 5165) | Alexandra M. Joyce (#6423) |
| 919 N. Market St., 12th Floor | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| Tel: (302) 777-0300 | Wilmington, Delaware 19801 |
| Fax: (302) 777-0301 | (302) 984-6300 |
| bfarnan@farnanlaw.com | dsilver@mccarter.com |
| mfarnan@farnanlaw.com | ajoyce@mccarter.com |

*Counsel for Plaintiffs*

OF COUNSEL:
Steven D. Maslowski
Matthew A. Pearson
Jason Weil
Matthew G. Hartman
Karina J. Moy
Vincent P. Jones
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1735 Market Street, 12th Floor
Philadelphia, PA 19103
Tel.: (215) 965-1200
Fax: (215) 965-1210
smaslowski@akingump.com
mpearson@akingump.com
jweil@akingump.com
mhartman@akingump.com
kmoy@akingump.com
jonesv@akingump.com

Rachel J. Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
relsby@akingump.com

Svetlana Pavlovic
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, 44th Floor
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
spavlovic@akingump.com

OF COUNSEL:
David I. Berl
Jessamyn S. Berniker
Thomas S. Fletcher
Jessica L. Pahl
Jessica P. Ryen
Seth R. Bowers
Kevin Hoagland-Hanson
Andrew L. Hoffman
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
jberniker@wc.com
tfletcher@wc.com
jpahl@wc.com
jryen@wc.com
sbowers@wc.com
khoagland-hanson@wc.com
ahoffman@wc.com

*Counsel for Defendants*

*Counsel for Plaintiffs Bristol-Myers Squibb Co., E. R. Squibb & Sons L.L.C., Ono Pharmaceutical Co., Ltd., and Dr. Tasuku Honjo*

Katherine A. Helm
Shyam Shanker
**DECHERT LLP**
3 Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599
khelm@dechert.com
shyam.shanker@dechert.com

Martin J. Black
**DECHERT LLP**
2929 Arch Street
Cira Centre
Philadelphia, PA 19104-2808
Tel.: (215) 698-4000
Fax: (215) 655-2222
martin.black@dechert.com

*Counsel for Dana-Farber Cancer Institute, Inc.*